**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-80014-CR-ROSENBERG**

**UNITED STATES OF AMERICA** )
)
**v.** )
)
**AAARON PHILLIP LEVINE,** )
)
**Defendant.** )
______________________________ )

**ORDER OF DISMISSAL**

Due to the death of the defendant, pursuant to Rule 48(a) of the Federal Criminal Rules of Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the information against the above-named defendant.

Respectfully submitted,

Anthony W. Lacosta for
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

cc: U.S. Attorney (Alexandra Chase, AUSA)
U.S. Marshal
Chief Probation Officer
Pretrial Services
Fred Haddad, Counsel for the Defendant

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 4/4/2025

Robin L. Rosenberg
HONORABLE ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE